IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARK ANTHONY GOLDEN, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-19 (WLS) |
| | * |
| VERONICA STEWART, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 7, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk